UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                       Plaintiff,

-vs-

JULIO PEREZ,

                       Defendant.

**DECISION AND ORDER**

25-CR-6009-CJS

---

      This case was referred by text order of the undersigned, entered January 21, 2025, to Magistrate Judge Colleen D. Holland, pursuant to 28 U.S.C. § 636(b)(1)(A)-(B), ECF No. 20. On June 4, 2025, Defendant filed an omnibus motion, ECF No. 31, seeking *inter alia* suppression of statements and inspection of Grand Jury minutes in camera to determine whether the charges contained in the subject indictment should be dismissed based upon insufficient evidence. On July 28, 2025, Magistrate Judge Holland filed a Report and Recommendation ("R&R"), ECF No. 35, recommending that both motions be denied. The time has passed for Defendant to file any objections to the R&R, and none have been filed.

      Accordingly, for the reasons set forth in Magistrate Judge Holland's R&R, ECF No. 35, Defendant's "motions for suppression of statements and for inspection of grand jury minutes and/or dismissal of the indictment" are denied.

      IT IS SO ORDERED.

DATED: Rochester, New York
           September 10, 2025

                    ENTER:

                                      */s/ Charles J. Siragusa*
                                      CHARLES J. SIRAGUSA
                                      United States District Judge